Bailer Appeal.

Argued December 14, 1966. *Daniel H. Shertzer,* with him *Shertzer and Danforth,* for appellant; *Henry J. Rutherford,* Assistant District Attorney, with him *Wilson Bucher,* District Attorney, for Commonwealth, appellee.

Order affirmed.

## Bellarmino *v.* Bellarmino, Appellant.

Argued December 13, 1966. *Roy H. Davis,* for appellant; *William H. Turner,* for appellee.

PER CURIAM: Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

WATKINS, J., absent.

## Blaiotta Unemployment Compensation Case.

Argued December 13, 1966. *Basil Blaiotta,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Edward Friedman,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

WATKINS, J., absent.